RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

NOV 0 5 2010

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RWS

__Timothy M. Counts__
Plaintiff

vs.

__Metro PCS__
Defendant

__Jury Trial Demanded__

1:10-CV-3633

## TITLE VII COMPLAINT

1. Plaintiff resides at __1515 Sunset Way Morrow Ga 30260__

2. Defendant(s) names (s) __Corporation Company INC. 40 Technology Parkway South Suite 300 Norcross Georgia 30092 (Metro PCS)__

Location of principal office(s) of the named defendant(s) __Corporation Company INC 40 Technology Parkway South Suite 300 Norcross GA. 30092__

Nature of defendant(s) business __Phone Service__

Approximate number of individuals employed by defendant(s) __over 500__

*Note: This is a form complaint provided by the Court for pro se litigants who wish to file an employment discrimination lawsuit. It is not intended to be used for other kinds of cases.

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the court by 42 U.S.C. § 2000e-5. Equitable and other relief are also brought under 42 U.S.C. §e-5(g).

4. The acts complained of this suit concern:

   A. _____ Failure to employ me.
   B. ___✓___ Termination of my employment.
   C. _____ Failure to promote me.
   D. _____ Other (Specifiy) _____
   _____
   _____
   _____

5. Plaintiff:

   A. _____ presently employed by the defendant.
   B. ___✓___ not presently employed by the defendant. The dates of plaintiff's employment were  3-2010  /  8-27-2010  .
   The reasons plaintiff was given for termination of employment is/are:
   (1) ___✓___ plaintiff was discharged.
   (2) _____ plaintiff was laid off.
   (3) _____ plaintiff left the job voluntarily.

6. Defendant(s) conduct is discriminatory with respect to the following:

   A. _____ my race
   B. _____ my religion.
   C. ___✓___ my sex.
   D. _____ my national origin.
   E. ___✓___ Other (specify) Retaliation
   _____
   _____
   _____

-2-

7. The name(s), race, sex and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is/are:

Candace Land, White, Female, Human Resources.

Tammy, White, Female, Store Manager

Matt Smith, Human Resources

Don Mosby Security Manager

8. Describe the discriminatory actions or events you are complaining of in this lawsuit. Give factual detail, including names and dates concerning what happened. You do not need to refer to any statutes or cite law.

On 8-16-2010 I Timothy M. Counts was assaulted by Katherine Bennett (metro P.C.s employee) inside metro P.C.s infront of other employees and customers under cameras

On 8-23-2010 Miss Katherine Bennett pulled out a box-cutter on myself and threaten to cut me on cameras.

I Timothy M. Counts wrote incident reports on the 16th & 23rd and handed them to manager's Damon Richardson, Tammy they explained to me that it would be faxed to I.P.S Security Don Mosby. Don mosby investigated he claims, and I was wrongfully terminated.

by being discriminated against because i am a male and miss bennett a female. And retaliated on because there is proff on cameras of both incidents and i wrote it up on incident reports and had it faxed to Don mosby.

9. The alleged illegal activity took place at 2685 Metropolitan Parkway Suite F1 Atlanta Georgia 30315

10. A. ✓ I have filed a charge with the Equal Employment Opportunity Commission regarding defendant(s). (I have attached a copy of my charge(s) filed with the Equal Employment Opportunity Commission, which are incorporated into this complaint.

    B. _____ I have not filed a charge.

11. A. ✓ I received a Notice of Right-to-Sue letter from the Equal Employment Opportunity Commission on 9-20-2010 (date). (I have attached a copy of the Notice of Right-to-Sue which is incorporated into this complaint.)

    B. _____ I have not received a Notice of Right-to-Sue letter from the Equal Employment Opportunity Commission.

12. State what relief you are seeking from the Court. If you are seeking a monetary award (back pay or damages), state the amount you are seeking. If you are seeking injunctive relief (an order by the Court) issued against the defendant(s) summarize what should be in the order. I Timothy M. Counts seeks monetary damages to redress and remedy my claims that arise out of -4- Title VII and 42 U.S.C 1981. sex discrimination, retaliction claim of intentional Infliction of emotional distress,

mental distress (general compensatory damages) I Timothy M. Counts (Plaintiff) recover special damages including but not limited to, back pay, front pay, loss of benefits and any other benefits which i would have enjoyed but for the discriminatory conduct of the Defendant. Punitive damages in the amount of $5,000,000. Plaintiff also demands a trial by jury.

11-5-2010
Date

_Timothy M. Counts_
Signature of Plaintiff

Address: 1515 Sunset Way
Morrow GA 30260

Telephone: 770-255-8516

EEOC Form 161 (11/09)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: Tim M. Counts
1515 Sunset Way
Morrow, GA 30260

From: Atlanta District Office
100 Alabama Street, S.W.
Suite 4R30
Atlanta, GA 30303

[ ]   *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 410-2010-04753 | Jose F. Quinones, Investigator | (404) 562-6830 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Bernice Williams-Kimbrough,
District Director

SEP 2 0 2010
*(Date Mailed)*

Enclosures(s)

cc: Tom Curreir
Vice President Human Resources
METRO PCS COMMUNICATIONS, INC.
2250 Lakeside Boulevard
Richardson, TX 75082

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| [ ] FEPA | |
| [X] EEOC | 410-2010-04756 |

_____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Tim M. Counts | (770) 255-8516 | 04-22-1965 |

Street Address: 1515 Sunset Way, Morrow, GA 30260

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| INTERSTATE PROTECTIVE SERVICES, INC. | 15 - 100 | (770) 649-5727 |

Street Address: 2685 Metropolitan Parkway, Atlanta, GA 30315

**DISCRIMINATION BASED ON** *(Check appropriate box(es).)*

[ ] RACE   [ ] COLOR   [X] SEX   [ ] RELIGION   [ ] NATIONAL ORIGIN
[X] RETALIATION   [ ] AGE   [ ] DISABILITY   [ ] GENETIC INFORMATION
[ ] OTHER *(Specify)*

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 08-16-2010   Latest: 08-30-2010
[ ] CONTINUING ACTION

**THE PARTICULARS ARE** *(If additional paper is needed, attach extra sheet(s)):*

I was employed with the above-named employer as a Security Officer on May 6, 2009. I was last placed at Metro PCS in March of 2010. On August 16, 2010, and August 23, 2010, I was physically assaulted and threatened by Kathleen Bennett (female), Inventory Clerk for Metro PCS. On August 16, 2010, and August 23, 2010, I reported the incidents to management. On August 30, 2010, I was discharged.

The reason given for my discharge was the client "did not want me there anymore."

I believe that I have been discriminated against because of my sex (male), and in retaliation for complaining internally about being physically assaulted and threatened, in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Sep 07, 2010    *[Signature]*
Date    Charging Party Signature

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*

RECEIVED SEP 07 2010 EEOC-ATDO