IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TIMOTHY M. COUNTS,
    Plaintiff,

V.

METRO P.C.S,
    Defendant.

CIVIL ACTION NO:
1:10-CV-3633-RWS-ECH

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
NOV 30 2010
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

    Plaintiff, Timothy M. Counts Object to the order made on Nov. 16, 2010 by Judge Hagy. Judge Hagy states Plaintiff alleges nor states any facts and Plaintiff has pled no facts in his complaint, on page 4 of order.

    I Timothy M. Counts Plaintiff did not see any question asking me to show any facts. See attached. Here are copy's that would support my complaint with dates. Plaintiff ask court to move forward with this case.

Timothy M. Counts
1515 Sunset Way
Morrow Ga 30260
770-255-8516

/s/ Timothy M. Counts

Nov, 26th 2010

# IPS INTERSTATE PROTECTIVE SERVICES, INCORPORATED

**INCIDENT REPORT FORM**

Date: 8-16-2010   Location: 2685 metropolitan   Office: metro P.S.S

1. Describe the nature of the incident: I S/o Tim Counts was threaten with a box cutter by employee Katherine Bennett

2. Name all the individuals involved: S/o Counts miss Bennett

3. Who was notified? manager at the time Damon and central center

4. Who was the supervisor on duty and when was he notified? Damon, he was notified by me S/o Counts and also to forward my time sheet with this incident report to Don Mosby

5. When was the IPS Control Center advised? Yes

6. What other IPS officials responded to the scene and at what time did they arrive? None

7. When was the facility manager/coordinator advised and by whom? Yes, by myself S/o Counts

8. Were any injuries sustained? What and by whom? No

9. Was there any property damage? Describe: No

10. What actions did you take to attempt to minimize injuries/damage? I moved out the way

11. Were there a police case number assigned? No

13. Other Comments: This incident is unknown. Contacted Regional manager by phone, no answer so I left a message.

Officer on Duty Signature: Timothy M Counts   Date: 8-23-2010

Reviewing Official Signature: _____   Date: _____

Katherine Bennett

# IPS — INTERSTATE PROTECTIVE SERVICES, INCORPORATED

**INCIDENT REPORT FORM**

Date: 8-16-10   Location: 2685 Metropolitan Parkway   Office: Metro PCS

1. Describe the nature of the incident: I S/O Tim Counts was assaulted by Katherine Bennett (Physically) under cameras, when I ask to see inside her purse, which is Policy.

2. Name all the individuals involved: S/O Tim Counts & Katherine Bennett, Charles

3. Who was notified? Store manager (Tammy)

4. Who was the supervisor on duty and when was he notified? Yes, she was notified.

5. When was the IPS Control Center advised? On 8-16-10

6. What other IPS officials responded to the scene and at what time did they arrive? None

7. When was the facility manager/coordinator advised and by whom? S/O Count and Miss Bennett

8. Were any injuries sustained? What and by whom? Yes, injuries to my arms and my back by Katherine Bennett.

9. Was there any property damage? Describe: No

10. What actions did you take to attempt to minimize injuries/damage? I moved out the way

11. Were there a police case number assigned? No

13. Other Comments: I tried to explain to the store manager (Tammy) but she told me that she did not want to hear it. I ask Tammy to give me the regional managers no: Jane 7-256-3313. Jane never returned my calls.

Timothy M Counts   8-16-10
Officer on Duty Signature   Date            Reviewing Official Signature   Date

09-20-'10 07:51 FROM-                                                T-587  P0005/0007  F-407

# EMPLOYEE PERFORMANCE EVALUATION

Name __Timothy Counts_____   Date __8/27/09__

Dept __Metro PCS Metropolitan_____   Job Title __S/O__

Check one:   [ ] Annual   [ ] New Employee   [✓] Termination   [ ] Other ____

Date of Last Review: _____ Date: _____ Employee Began Present Position: _____
Next Scheduled Review: _____

See rating information (Part II) on reverse side of this form.

1. **Job Understanding**: Employee possesses a clear knowledge of the responsibilities and the tasks he or she must perform.   [X]   — Client Request that S/O Counts be removed. Failure to have Customer to leave store.

2. **Job Performance**: The neatness, thoroughness and accuracy of employee's work.

3. **Job Productivity**: The quality of the employee's work in terms of volume and accomplishments.

4. **Dependability**: Can you rely upon this individual in terms of being on time and completion of tasks.

5. **Cooperation**: The ability to work willingly with associates, subordinates, supervisors and others.

6. **Overall Rating**

7. General comments as to employee's strengths, weaknesses and action taken: _S/O Counts to view this letter. Removed for Metro PCS/Metropolitan for failing to perform duties. Recommend that you be terminated._

8. UNIFORMS/EQUIPMENT RETURNED:  YES [ ]  NO [ ]  DATE: _____
   DESCRIPTION: _____

Supervisor: _____   Reviewing Officer: _____

Date: __8/20/10__   Date: _____

Has this report been discussed with employee?   [ ] Yes
                                                [ ] No, If not why? _____

OFFICE ADDRESS:
INTERNATIONAL SECURITY
MANAGEMENT GROUP, INC.
6302 Dunwoody Place, Suite 100
Atlanta, Georgia 30350

[ ] If yes, note employee's comments _____

Employee's Signature _____   Date Reviewed with Employee _____

FORM: ISMG 176 2004                                       (SEE INSTRUCTIONS ON REVERSE SIDE)