**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| TIMOTHY M. COUNTS : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. |
| : | 1:10-CV-3633-RWS |
| METRO P.C.S., : | |
| : | |
| Defendant. : | |

## ORDER

This case is before the Court for consideration of the Report and Recommendation [4] of Magistrate Judge C. Christopher Hagy. In the Report and Recommendation, Judge Hagy recommends dismissal of this action because Plaintiff was employed by "I.P.S. Security," but seeks to bring a claim for wrongful termination against Metro P.C.S. Plaintiff filed Objections [6] to the Report and Recommendation that do not refute the conclusions reached by Judge Hagy.

After reviewing the record, the Report and Recommendation is received with approval and adopted as the Opinion and Order of this Court. Accordingly, the case is hereby **DISMISSED** for failure to state a claim on which relief may be granted.

**SO ORDERED**, this  13th  day of December, 2010.

*/s/ Richard W. Story*
**RICHARD W. STORY**
United States District Judge